UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DIRECT TV                           :

v.                                  : NO. 3:03cv414 (JBA)

HUNTER                              :

FILED
MAR 4  3 33 PM '04
DISTRICT COURT
NEW HAVEN, CONN.

### NOTICE TO COUNSEL

On March 04, 2004, Attorney McLaughlin reported the above-entitled case as settled. Under D. Conn. L. Civ. P. 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter [the parties have requested 60 days].

Accordingly, an order of dismissal will be entered on May 04, 2004 unless closing papers are filed on or before that date.

The Court appreciates the parties' efforts in settling this matter.

BY ORDER OF THE COURT,
KEVIN F. ROWE, CLERK

Betty Jean Torday
Courtroom Deputy

Dated at New Haven, Connecticut: March 04, 2004