UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **303CV0414 JBA** |
|     Plaintiff, ) | |
| ) | **STIPULATION OF DISMISSAL** |
| vs. ) | **WITHOUT PREJUDICE** |
| ) | |
| **Michael Hunter** ) | |
| ) | |
|     Defendant ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

_3/25/04_
Date

John M. McLaughlin, Its Member
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Respectfully Submitted by the Defendant,

_3/22/04_
Date

Michael Hunter
18 Hull Dr
Plantsville, CT 06479

1

## CERTIFICATE OF SERVICE

I, Michael Hunter the Defendant, hereby certify that on this 22 day of MARCH, 2004, a copy of the foregoing Stipulation of Dismissal, was sent via first class mail, postage prepaid, to the following:

Attorney John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Rd.
Northampton, MA 01060

_____
Michael Hunter