UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTV, Inc. | Case No.: 303CV0414 JBA |
| Plaintiff, | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| Michael Hunter | |
| Defendant | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

3/25/04
Date

John M. McLaughlin, Its Member
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Respectfully Submitted by the Defendant,

3/22/04
Date

Michael Hunter
18 Hull Dr
Plantsville, CT 06479

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
Deputy Clerk

1